PETRO NASSAU CORPORATION, Respondent, v. JULIUS AUSEREHL, INC., Appellant. — Order and judgment of the County Court of Nassau county affirming judgment of the City Court of the City of Long Beach affirmed, with costs. No opinion. Lazansky, P. J., Kapper, Carswell and Davis, JJ., concur; Young, J., dissents,

being of the opinion that the plaintiff failed to perform its contract to furnish a high and low burner that would work.